JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-583 JVS (ANx) | Date | July 9, 2012 |
| Title | Universal Electronics, Inc., v. Logitech Europe S.A. | | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS)  Order Dismissing Action as Moot

    Universal Electronics, Inc. ("UEI") has responded to the Court's Order to Show Cause why the case should not be dismissed as moot in light of actions takes in SACV 11-1056 JVS (ANx), expressing its agreement with dismissal.

    Accordingly, the action is dismissed without prejudice as moot.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |